THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM W. SHOE-MAKER, Appellant.— Motion for leave to appeal to the Court of Appeals granted and questions for review certified. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ACME STEEL & MALLEABLE IRON WORKS, INC., Appellant, v. DEPARTMENT OF LABOR OF THE STATE OF NEW YORK and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SAMUEL ELLIS, as Executor, etc., Appellant, v. HUGH WILLIAMS, Respondent.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of Proving the Last Will and Testament of ANTONINA SZARLETA, Deceased.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act, Applicable to the City of Buffalo, for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroad Operated by BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY and Hopkins Street and Marilla Street, in the City of Buffalo.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Intermediate Judicial Settlement of the Accounts of THE UNION TRUST COMPANY OF ROCHESTER, as Executor, etc., of ROBERT J. STRASEN-BURGH, Deceased.— Motion for a reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

EBSARY GYPSUM COMPANY, INCORPORATED, Respondent, v. GEORGE H. A. RUBY, Appellant, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted, and question for review certified. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARGARET BOEHRINGER and Others, Appellants, v. EDWIN SCHMID and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

STANLEY ZAKINSKI, Appellant, v. MAX M. NOTEWARE and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

STEVE SHUSHEREBA, Respondent, v. BETTY WEBB AMES, Appellant.— Appeal dismissed, unless appellant shall file and serve the printed papers and printed briefs on appeal by May twelfth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LOUISE STEVENS, Appellant, v. ADELENE W. MARING, Respondent.— Appeal dismissed, unless appellant shall file and serve the printed papers and printed briefs by June fifth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.